October 16, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-13-01009-CR                    V.

DALE GILBERT MOORE, Appellee

_____

 This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion.

 We further order the mandate be issued immediately. We further order this decision certified below for observance.